OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

U̲NITED S̲TATES C̲OURT OF A̲PPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 27, 2023

# NOTICE

    Pursuant to 3d Cir. L.A.R. 26.1, a document is timely filed if received by **5:00 p.m. ET** on the last day for filing unless the Court sets a different time, the document has been submitted by an inmate pursuant to Fed. R. App. P. 25(a)(2)(A)(iii), or otherwise specified in L.A.R. 26.1. See Order Adopting and Amending Local Appellate Rules or access the Court's website for information.